■ In the Matter of DANIEL DUMAS, Petitioner, v A. OLCOTT, as Correction Officer at Woodbourne Correctional Facility, Respondent. [52 NYS3d 238]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Sullivan County) to review a determination of the Commissioner of Corrections and Community Supervision finding petitioner guilty of violating a prison disciplinary rule.

Determination confirmed. No opinion.

McCarthy, J.P., Lynch, Rose, Devine and Aarons, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.